UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Cody Smithers, et al., § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civ. No. CC-06-133 | |
| § | | |
| City of Corpus Christi, § | | |
| Defendant. § | | |

# FINAL JUDGMENT

It is the judgment of the Court that plaintiffs' request for injunctive relief is DENIED. Plaintiffs shall take nothing and shall pay defendant's costs.

This is a final judgment.

So ORDERED this 19th day of March, 2008.

_____
HAYDEN HEAD
CHIEF JUDGE